UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LEANNE FABBRO,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 2:24-cv-01494-CSK<br><br>ORDER DENYING PLAINTIFF'S EX PARTE FIFTH REQUEST FOR EXTENSION OF TIME AND PROVIDING OPPORTUNITY TO FILE RENEWED REQUEST<br><br>(ECF No. 21) |

The Court is in receipt of Plaintiff Michelle Leanne Fabbro's ex parte request for a FIFTH extension of time to file Plaintiff's opening brief (ECF No. 21) from December 17, 2024 to December 19, 2024. This ex parte request was filed on December 17, 2024 at 5:13 p.m. PST, after business hours and on the deadline to file Plaintiff's opening brief, which already represented a 116 day extension of the original August 23, 2024 deadline. The Court previously warned the parties that the fourth extension of time granted would be the last extension of time (ECF No. 20), and also previously warned the parties that requests for extension need to be made before the deadline (ECF Nos. 15, 20).

"The district court is given broad discretion in supervising the pretrial phase of litigation." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir. 1992) (citation omitted). Rule 16(b) provides that "[a] schedule may be modified only for good

cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The pretrial schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting *Johnson*, 975 F.2d at 609). Plaintiff has not established counsel's diligence to meet the December 17, 2024 deadline, or how despite counsel's diligence, the deadline cannot be met. The Court denies Plaintiff's ex parte fifth request for failure to establish good cause to further extend the December 17, 2024 deadline and for failure to follow the Court's prior instructions regarding late requests for extensions. *See Zivkovic*, 302 F.3d at 1087; *Johnson*, 975 F.2d at 607.

Plaintiff will be provided with an opportunity to renew the ex parte fifth request for an extension. If Plaintiff elects to renew her request, **by close of business December 19, 2024**, Plaintiff must file (1) a renewed request that includes sufficient detail regarding diligence to meet the December 17, 2024 deadline and sufficient detail regarding the "unexpected adverse reactions" to vaccinations (Pl. Ex Parte Fifth Extension Request, ECF No. 21 at 1); and (2) a declaration by Plaintiff's counsel signed under penalty of perjury including the date(s) when such vaccinations were received, the date when the "unexpected adverse reactions" began, a description of the adverse reactions, the date the adverse reactions resolved, any treatment received for the adverse reactions, the date and time when counsel requested a stipulation from opposing counsel for this fifth extension request. If Plaintiff elects to renew the ex parte fifth request for an extension, Plaintiff must also file her opening brief by close of business December 19, 2024. If the Court were to grant a renewed fifth request for an extension, such extension would be limited to extending the deadline to December 19, 2024, the date requested by Plaintiff.

Dated:  December 18, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, fabb.1494.24