1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHELLE LEANNE FABBRO,                    Case No. 2:24-cv-01494-CSK

12                   Plaintiff,

13        v.                                     ORDER GRANTING DEFENDANT'S
                                                 REQUEST FOR AN EXTENSION OF TIME
14    COMMISSIONER OF SOCIAL
      SECURITY,                                  (ECF No. 27)
15
                     Defendant.
16

17

18          On January 21, 2025, Defendant Commissioner of Social Security filed a motion

19    for an extension of time to respond to Plaintiff Michelle Leanne Fabbro's motion for

20    summary judgment.[1] (ECF No. 27.) Defendant's response to Plaintiff's motion was due

21    January 21, 2025, and Defendant requests a thirty-five (35) day extension, up to and

22    including February 25, 2025 to file a response. (*Id.*) This is Defendant's first request for

23    an extension, and the request is due to defense counsel's current workload. Plaintiff

24    does not oppose the request. (ECF No. 28.) As the Court has previously informed the

25    parties, Defendant is reminded that requests for an extension of time should be

26    submitted well in advance of the deadline.

27    _____

28    [1]  This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R.
      Civ. P. 72, and Local Rule 302(c)(15).

                                             1

1      Because Defendant's request is unopposed, the Court has previously granted

2 multiple extensions to Plaintiff, and good cause appearing, Defendant's motion for more

3 time to file its response to Plaintiff's motion for summary judgment is GRANTED.

4 **ORDER**

5      Accordingly, it is HEREBY ORDERED that:

6   1. Defendant's motion for an extension of time (ECF No. 27) is GRANTED; and

7   2. Defendant shall have until February 25, 2025 to file its response to Plaintiff's

8      motion for summary judgment.

9

10 Dated:  January 23, 2025

11                                     CHI SOO KIM

12                                       UNITED STATES MAGISTRATE JUDGE

13 5, fabb.1494.24

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28