1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBN 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  LILLIAN J. LEE, NY 5449764
   Special Assistant United States Attorney
5  6401 Security Boulevard
6  Baltimore, Maryland 21235
   Telephone: (206) 615-2733
7  E-Mail: lillian.j.lee@ssa.gov
8  Attorneys for Defendant

9               UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12  MICHELLE LEANNE FABBRO,            )   Case No. 2:24-CV-01494-CSK
                                        )
13          Plaintiff,                  )   STIPULATION AND [PROPOSED] ORDER
                                        )   FOR AN EXTENSION OF TIME
14      vs.                             )
                                        )
15                                      )
    COMMISSIONER OF SOCIAL SECURITY,   )
16                                      )
                                        )
17          Defendant.                  )

18

19         Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties,

20  through their respective counsel of record, that the time for Defendant to respond to Plaintiff's

21  Motion for Summary Judgment be extended fourteen (14) days from February 25, 2025, up to and

22  including March 11, 2025.  The parties further stipulate that the Court's Scheduling Order shall be

23  modified accordingly.

24         This is the Defendant's second request for an extension. Defendant respectfully requests

25  this extension to allow sufficient time to complete the Commissioner's brief as Defendant's

26  counsel is out of the office today due to illness. Counsel has been diligent in her work, and in the

27  last four weeks, has completed four responsive briefs and two settlement memoranda. In addition

28  to this case, counsel has six upcoming responsive briefs in the next four weeks.

Stip. for Ext.; 2:24-CV-01494-CSK                1

1

2                                         Respectfully submitted,

3    Dated:  February 24, 2025        By:    /s/ *Robert Weems**

4                                           (*as authorized via e-mail on February 24, 2025)
                                            ROBERT WEEMS
5                                           Attorney for Plaintiff

6    Dated:  February 24, 2025           PHILLIP A. TALBERT
                                            United States Attorney
7                                           MATHEW W. PILE
                                            Associate General Counsel
8                                           Social Security Administration

9

10                                     By:    /s/ *Lillian J. Lee*
                                            LILLIAN J. LEE
11                                          Special Assistant U.S. Attorney
                                            Attorneys for Defendant
12

13

14

15                                    **ORDER**

16        Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an

17   extension, up to and including March 11, 2025, to respond to Plaintiff's Motion for Summary

18   Judgment.  As the Court has previously informed the parties, Defendant is reminded that requests

19   for an extension of time should be submitted well in advance of the deadline.

20

21

22   DATED:  February 25, 2025        _____
                                            HON. CHI SOO KIM
23                                          UNITED STATES MAGISTRATE JUDGE

24   5, fabb.1494.24

25

26

27

28

Stip. for Ext.; 2:24-CV-01494-CSK                    2