UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LEANNE FABBRO, | Case No. 2:24-cv-01494-CSK |
| Plaintiff, | STIPULATION WITH PROPOSED ORDER: AWARD AND PAYMENT OF ATTORNEY FEES FILED BY MICHELLE LEANNE FABBRO |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees of TWELVE THOUSAND DOLLARS AND NO CENTS ($12,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel Robert C. Weems (Counsel). Pursuant to *Astrue v. Ratliff,* 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

1

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Counsel, under the assignment executed by Plaintiff. Any payments made shall be delivered to Counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and is not an admission of liability by Defendant under the EAJA or otherwise. Payment of the agreed amount constitutes a complete release from, and bar to, any and all claims that Plaintiff and/or Counsel, including Counsel's law firm and associates, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the saving clause provisions of the EAJA.

March 27, 2026

ERIC GRANT
  United States Attorney
LYNN TRINKA ERNCE
  Acting Chief, Civil Division
MATHEW W. PILE (WSBA 32245)
  Head of Program Litigation 1
  Soc. Sec. Admin. | Law & Policy
LILLIAN J. LEE
  Sp. Asst. U.S. Attorney,
  Program Litigation 1
  Soc. Sec. Admin. | Law & Policy

*/s/ Lillian J. Lee*
LILLIAN J. LEE
Sp. Asst. U.S. Attorney,
Attorney for Defendant
(per email authorization)

March 27, 2026

WEEMS LAW OFFICES

*/s/ Robert C. Weems*
ROBERT C WEEMS
Attorney for Plaintiff
MICHELLE LEANNE FABBRO

**IT IS SO ORDERED.**

Date:  March 27, 2026

CHI SOO KIM
United States Magistrate Judge

2